# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DAVID REVELES,

    Plaintiff,

vs.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

2:19-cv-00100-VCF

**ORDER**

The court having entered a final order (ECF NO. 27) in this case, and no appeal having been filed, this action is now closed.

The Government having lodged copies of the administrative record with this court; and copied documents are no longer needed in this court, and good cause appearing, IT IS HEREBY ORDERED that counsel for the government has up to and including, May 13, 2020, to arrange for pick-up of the administrative record from the clerk's office. If the hard copy of the administrative record is not picked up by May 13, 2020, it will be automatically discarded.

DATED this 13th day of April, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE